IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

IN RE: ) CASE NO. 07-42436
)
HOLLY A. TENNEY )
) JUDGE KAY WOODS
)
          Debtor(s) ) DIVIDENDS LESS THAN $5.00
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, U.S. Bankruptcy Court, in the amount of $2.33.

    The dividend relates to the following claimants:

        Recovery Management Systems Corp.
        For Orion
        As Assignee of Trumbull Memorial Hospital
        25 SE 2nd Ave, Suite 1120
        Miami, FL 33131

                              $2.33

    2. My Trustee's check for $2.33 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

DATE: July 14, 2010                 /s/ Michael D. Buzulencia
                                            MICHAEL D. BUZULENCIA
                                            Chapter 7 Trustee
                                            150 E. Market St.
                                            Suite 300
                                            Warren, OH 44481
                                            (330) 392-8551
                                            Fax no. : (330) 392-7030
                                            buzulenciatrustee@mahoningvalleylaw.com
                                            OHIO BAR REG. NO. 0015291

## CERTIFICATE OF SERVICE

The U.S. Bankruptcy Court served the foregoing Transmittal of Unclaimed funds to the following parties:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
CHAPTER 7 TRUSTEE